# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re KENNETH L. JOHNSON　　　　　　　　　　　　　　　Chapter 13
　　　and　　　　　　　　　　　　　　　　　　　　　　　　Case No. 04
　　　HANNAH M. JOHNSON
_____ / Debtors

Attorney for Debtor: RICHARD SHINBAUM

## CHAPTER 13 PLAN OR SUMMARY

1. PAYMENTS TO TRUSTEE: The debtor(s) shall pay $ __120.00__ to the Chapter 13 trustee **each week** beginning

2. DISTRIBUTIONS BY TRUSTEE FROM THE PAYMENTS RECEIVED SHALL BE MADE AS FOLLOWS:

   First: ADMINISTRATIVE CLAIMS under 11 USC §503(b): The debtor's attorney's fee is $ __1,600.00__

   a. Attorney's Fee to be paid through the plan:
      $ __130.00__ per month, month 1 - month 12
      $ __40.00__ per month, month 13

   Second: SECURED CLAIMS:

   a. Secured claims being paid through the trustee:

| Creditor | Amount of Debt | Value of Collateral | Interest Under Plan | Average Monthly Payment |
|---|---|---|---|---|
| AMSOUTH IL. | $ 24,000.00 | $ 16,150.00 | 11.00 % | $ 385.57 |

   b. Prepetition defaults being cured through the trustee:
      None

   c. Secured claims to be paid directly by the debtor or other party to the creditor:

| Creditor | Amount of Debt | Value of Collateral | Contractual Payment |
|---|---|---|---|
| CONSECO FINANCE | $ 61,000.00 | $ 61,000.00 | $ 575.00 |
| CONSECO FINANCE | $ 39,000.00 | $ 24,000.00 | $ 380.00 |

Page __1__ of __2__

CHAPTER 13 PLAN OR SUMMARY - Continued

    d. **Secured claims to be satisfied by the surrender and return of collateral:**
       *None*

Third:   PRIORITY CLAIMS  (11 USC §507(a)(2) to (8)):

| Creditor | Amount of Debt | Average Monthly Payment |
|---|---|---|
| *INTERNAL REVENUE SERVICE* | $ 3,000.00 | $ 66.08 |

Fourth:  SPECIALLY CLASSIFIED UNSECURED CLAIMS:
    *None*

Fifth:   UNSECURED CLAIMS, including the unsecured portion of secured claims, a pro rata amount equal to   0.00  % of the claim. If unsecured creditors are to receive less than 100% of their claims, the debtor(s) will pay all projected disposable income to the trustee for at least 36 months.

3. DURATION OF PLAN
   The expected duration of this plan is  *54*  months.

4. PROVISIONS FOR UNSCHEDULED, POSTPETITION, OR LATE FILED CLAIMS ARE AS FOLLOWS:

5. PROVISIONS FOR PROPERTY OF THE ESTATE (See 11 U.S.C. §1303, §1306 and §1327):

6. PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES (See 11 U.S.C. §1322(b)(7) and §365):

7. OTHER PROVISIONS:

/s/ *KENNETH L. JOHNSON*                      /s/ *HANNAH M. JOHNSON*
DEBTOR: *KENNETH L. JOHNSON*              JOINT DEBTOR: *HANNAH M. JOHNSON*

DATED: _____