IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
    KENNETH L. JOHNSON )
) CASE NO. 04-30187-DHW13
        Debtor(s). )

## CONSENT ORDER TERMINATING STAY

Upon consideration of the Motion of the creditor, GREEN TREE - AL, L.L.C. , for relief from the stay imposed by 11 U.S.C. Section 362, the parties having announced an agreement regarding termination of the stay, the court concludes good cause exists for relief from the stay. Accordingly, by agreement of the parties,

IT IS ORDERED, that the stay in this case with respect to this creditor is TERMINATED, to permit enforcement of a lien against the 1999 GRAND MANOR MOBILE HOME AND APPURTS described in the Motion.

DATED: October 5, 2004.

/s/ Dwight H. Williams, Jr.
UNITED STATES BANKRUPTCY JUDGE

cc: Leonard N. Math
    Richard Shinbaum
    DEBTOR