UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 04-30187-DHW
                                         Chapter 13
KENNETH L JOHNSON
Soc. Sec. No. XXX-XX-0109

HANNAH M JOHNSON


        Debtor.


### TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

    Comes now the Chapter 13 Trustee in the above styled case and moves this Honorable Court for an Order Discharging the debtor(s) after completion of the Chapter 13 plan, and as grounds states as follows: the debtor filed a petition under Title 11, United States Code, on January 26, 2004 . The debtor's plan has been confirmed, and that the debtor(s) has fulfilled all requirements under the confirmed plan.
    Wherefore, the above premises considered, the Trustee moves this Honorable Court to issue an Order Discharging the debtor(s) upon the completion of the plan. The Trustee further moves this Honorable Court to Approve the Final Report and accounting filed contemporaneously with this motion and issue an order discharging the Trustee.
    Done this 07th day of May, 2008.

Office of the Chapter 13 Trustee        /S/ Curtis C. Reding
P. O. Box 173                           Curtis C. Reding, Trustee
Montgomery, AL  36101
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Motion for Discharge of debtor on all parties in interest, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.
    Done, this 07th day of May, 2008.

                            /S/ Curtis C. Reding
                            Curtis C. Reding, Trustee

```
UNITED STATES BANKRUPTCY COURT
     MIDDLE DISTRICT OF ALABAMA
```

In re                                          Case No. 04-30187-DHW
                                               Chapter 13
KENNETH L JOHNSON
Soc. Sec. No. XXX-XX-0109

HANNAH M JOHNSON


191 JOHNSON RD
MIDWAY AL  36053

         Debtor.


## FINAL REPORT

     The Chapter 13 Trustee, Curtis C. Reding, respectfully reports to the Court as follows:

     The costs of administration and all claims filed and allowed in this case have been paid according to the records of my office as evidenced by the attached final account.

     The Trustee requests that notice of the account be given to the debtor, the attorney for the debtor, and any other parties in interest.

     The Trustee further requests that the account be approved and that the Trustee be released and relieved of his trust.

     This the 07th day of May, 2008.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371             */S/ Curtis C. Reding*
Fax: (334)262-8599                Curtis C. Reding, Trustee
email: Ch13Trustee@ch13mdal.com

cc: Debtor
    Attorney for Debtor
    All Creditors

```
UNITED STATES BANKRUPTCY COURT
   MIDDLE DISTRICT OF ALABAMA
```

In re                                       Case No. 04-30187-DHW
                                               Chapter 13
KENNETH L JOHNSON


HANNAH M JOHNSON


191 JOHNSON RD
MIDWAY AL  36053

        Debtor.

## FINAL ACCOUNT OF TRUSTEE

    I, Curtis C. Reding, respectfully file this my final account disclosing receipts and disbursements in this case.

### RECEIPTS

| | |
|---|---:|
| **GROSS RECEIPTS** | 23,405.59 |
|    Less Refunds While Case Active | .00 |
|    Less Refunds to Debtor at Closing | 22.40 |
| **NET RECEIPTS** | 23,383.19 |

### DISBURSEMENTS

| | | |
|---|---:|---:|
| Payments to Creditors (see attached) | | 20,493.55 |
|    Secured Creditors | 16,150.00 | |
|      Interest | 4,343.55 | |
|    Unsecured Creditors | .00 | |
|      Interest | .00 | |
|    Priority Creditors | .00 | |
|      Interest | .00 | |
| Filing Fee | | .00 |
| Trustee Expense and Commission Fee | | 1,287.14 |
| Attorney Fee | | 1,600.00 |
| Insurance | | .00 |
| Notice Fee | | 2.50 |
| **TOTAL DISBURSEMENTS** | | 23,383.19 |

    I, Curtis C. Reding, certify that the above record of receipts and disbursements in this case is true and complete, and the estate has been fully administered.

                                             /S/
                                             Curtis C. Reding, Trustee

Sworn to and subscribed before me
this 07th day of May, 2008.
                                           /LS/
                                         Phyllis A. Womack, Notary Public

# PAYMENTS TO CREDITORS

Case Number - 04-30187

## SECURED CREDITORS

| Clm# | Cred# | | Interest | Principal |
|---|---|---|---|---|
| 0001 | 154709 | *AMSOUTH BANK | $ 2,191.00 | $ 2,700.85 |
| 0001 | 498333 | AMSOUTH BANK | $ 2,152.55 | $ 13,449.15 |
| 0002 | 196269 | GREEN TREE AL LLC | $ .00 | $ .00 |
| 0003 | 253236 | CONSECO FINANCE | $ .00 | $ .00 |
| 0025 | 196269 | GREEN TREE AL LLC | $ .00 | $ .00 |
| 0028 | 196269 | GREEN TREE AL LLC | $ .00 | $ .00 |

TOTAL PAYMENTS TO SECURED CREDITORS     $ 20,493.55

## UNSECURED CREDITORS

| Clm# | Cred# | | Interest | Principal |
|---|---|---|---|---|
| 0005 | 012537 | INTERNAL REVENUE SERVICE | $ .00 | $ .00 |
| 0006 | 106523 | INTERNAL REVENUE SERVICE | $ .00 | $ .00 |
| 0007 | 425667 | AUBURN CARDIOVASCULAR PC | $ .00 | $ .00 |
| 0008 | 609419 | B-FIRST LLC | $ .00 | $ .00 |
| 0009 | 192852 | BEDFAIR | $ .00 | $ .00 |
| 0010 | 333009 | ASPIRE | $ .00 | $ .00 |
| 0011 | 392733 | CHASE | $ .00 | $ .00 |
| 0012 | 120087 | ECAST SETTLEMENT CORP | $ .00 | $ .00 |
| 0013 | 187950 | CHRYSLER FINANCIAL | $ .00 | $ .00 |
| 0014 | 027458 | DISCOVER FINANCIAL SERV C | $ .00 | $ .00 |
| 0015 | 107945 | EAST ALABAMA MEDICAL CENT | $ .00 | $ .00 |
| 0016 | 308241 | HMW LLC | $ .00 | $ .00 |
| 0017 | 120087 | ECAST SETTLEMENT CORP | $ .00 | $ .00 |
| 0018 | 120087 | ECAST SETTLEMENT CORP | $ .00 | $ .00 |
| 0019 | 475017 | SHERMAN ACQUISITION LLC | $ .00 | $ .00 |
| 0020 | 041330 | WALMART | $ .00 | $ .00 |
| 0021 | 094583 | WELLS FARGO FINANCIAL | $ .00 | $ .00 |
| 0022 | 163471 | US ATTORNEY | $ .00 | $ .00 |
| 0023 | 010153 | SEARS | $ .00 | $ .00 |
| 0024 | 509205 | WELLS FARGO | $ .00 | $ .00 |
| 0026 | 159204 | CB & T | $ .00 | $ .00 |
| 0027 | 478558 | BANK ONE CR CARD SVCS | $ .00 | $ .00 |
| 0029 | 161017 | DISCOVER | $ .00 | $ .00 |
| 0030 | 224699 | JC PENNEY | $ .00 | $ .00 |
| 0031 | 144679 | MBNA AMERICA | $ .00 | $ .00 |
| 0032 | 525431 | CITIBANK | $ .00 | $ .00 |
| 0033 | 000314 | AMSOUTH BANK | $ .00 | $ .00 |
| 0034 | 129531 | LDG FINANCIAL SVCS LLC | $ .00 | $ .00 |
| 0035 | 185464 | BULLOCK COUNTY HOSPITAL | $ .00 | $ .00 |
| 2001 | 498333 | AMSOUTH BANK | $ .00 | $ .00 |

TOTAL PAYMENTS TO UNSECURED CREDITORS     $ .00

## PRIORITY CREDITORS

Clm#   Cred#                                 Interest         Principal

## PAYMENTS TO CREDITORS

Case Number - 04-30187

```
0004   003751   INTERNAL REVENUE SERVICE    $            .00   $            .00

                TOTAL PAYMENTS TO PRIORITY CREDITORS   $            .00
```

```
04-30187    KENNETH L JOHNSON & HANNAH M JOHNSON                       PAGE:     1
```

C L A I M   R E C O R D S

```
AMSOUTH BANK                SCHD :   24,000.00   INT %:      11.00   SECURED
P O BOX 11407   DRAWER 550  VALUE:   16,150.00   INTPD:    4,343.55  S21
BIRMINGHAM AL               CLAIM:   16,150.00   INTDU:         .00
                            TOTPD:   16,150.00   CRED%:      100.00  0011/99 C1500/
                35246       BAL  :         .00   PERMO:      385.57  001-725-900197
CRED:498333    CLAIM:0001   FILED:Apr 14, 2004                PDUE:         .00

GREEN TREE AL LLC           SCHD :   61,000.00   INT %:         .00  SECURED
PAYMENT PROCESSING          VALUE:   61,000.00   INTPD:         .00  S21 O
P O BOX 0049                CLAIM:   64,808.64   INTDU:         .00
PALATINE IL                 TOTPD:         .00   CRED%:      100.00  0001/MH/DIRECT
                60055-0049  BAL  :         .00   PERMO:      575.00  6671
CRED:196269    CLAIM:0002   FILED:Jan 30, 2004                PDUE:         .00

CONSECO FINANCE             SCHD :   39,000.00   INT %:         .00  SECURED
500 LANDMARK TOWERS         VALUE:   24,000.00   INTPD:         .00  S21 O
345 ST PETER ST             CLAIM:         .00   INTDU:         .00
ST PAUL MN                  TOTPD:         .00   CRED%:      100.00  MH/DIRECT
                55102-1641  BAL  :         .00   PERMO:      380.00  65113
CRED:253236    CLAIM:0003   FILED:                            PDUE:         .00

INTERNAL REVENUE SERVICE    SCHD :    3,000.00   INT %:         .00  PRIORITY
P O BOX 21125               VALUE:    3,000.00   INTPD:         .00  P25
PHILADELPHIA PA             CLAIM:         .00   INTDU:         .00
                            TOTPD:         .00   CRED%:      100.00  01 TAXES
                19114       BAL  :         .00   PERMO:       66.08
CRED:003751    CLAIM:0004   FILED:                            PDUE:         .00

INTERNAL REVENUE SERVICE    SCHD :         .00   INT %:         .00  UNSECURED
P O BOX 57                  VALUE:         .00   INTPD:         .00  U40
BENSALEM PA                 CLAIM:         .00   INTDU:         .00
                            TOTPD:         .00   CRED%:         .00  NOTICES
                19020       BAL  :         .00   PERMO:         .00
CRED:012537    CLAIM:0005   FILED:                            PDUE:         .00

INTERNAL REVENUE SERVICE    SCHD :         .00   INT %:         .00  UNSECURED
PATRICIA CONOVER            VALUE:         .00   INTPD:         .00  U40
P O BOX 197                 CLAIM:         .00   INTDU:         .00
MONTGOMERY AL               TOTPD:         .00   CRED%:         .00  NOTICES
                36101       BAL  :         .00   PERMO:         .00
CRED:106523    CLAIM:0006   FILED:                            PDUE:         .00
```

## C L A I M   R E C O R D S

```
AUBURN CARDIOVASCULAR PC   SCHD :   1,378.00   INT %:         .00   UNSECURED
C/O METRO SYS FINANCIAL    VALUE:        .00   INTPD:         .00   U40
P O BOX 2707               CLAIM:        .00   INTDU:         .00
CARTERSVILLE GA            TOTPD:        .00   CRED%:         .00   COLLECTION
              30120        BAL  :        .00   PERMO:         .00
CRED:425667    CLAIM:0007  FILED:                                   PDUE:          .00

B-FIRST LLC                SCHD :   4,445.00   INT %:         .00   UNSECURED
C/O WEINSTEIN TREIGER & R  VALUE:        .00   INTPD:         .00   U40
2101 FOURTH AVE  STE 900   CLAIM:   4,445.00   INTDU:         .00
SEATTLE WA                 TOTPD:        .00   CRED%:         .00   0005/CREDIT CA
              98121        BAL  :        .00   PERMO:         .00   4417 1622 8145
CRED:609419    CLAIM:0008  FILED:Feb 12, 2004                       PDUE:          .00

BEDFAIR                    SCHD :     100.00   INT %:         .00   UNSECURED
3740 E 34TH ST             VALUE:        .00   INTPD:         .00   U40
TUCSON AZ                  CLAIM:        .00   INTDU:         .00
                           TOTPD:        .00   CRED%:         .00   CR CARD
              85713        BAL  :        .00   PERMO:         .00   2798
CRED:192852    CLAIM:0009  FILED:                                   PDUE:          .00

ASPIRE                     SCHD :   2,159.00   INT %:         .00   UNSECURED
P O BOX 105341             VALUE:        .00   INTPD:         .00   U40
ATLANTA GA                 CLAIM:   2,151.93   INTDU:         .00
                           TOTPD:        .00   CRED%:         .00   0004/CREDIT CA
              30348-5341   BAL  :        .00   PERMO:         .00   XXXXXXXXXXXX88
CRED:333009    CLAIM:0010  FILED:Feb 10, 2004                       PDUE:          .00

CHASE                      SCHD :     211.00   INT %:         .00   UNSECURED
4915 INDEPENDENCE PKWY FS  VALUE:        .00   INTPD:         .00   U40
TAMPA FL                   CLAIM:        .00   INTDU:         .00
                           TOTPD:        .00   CRED%:         .00   CR CARD
              33634        BAL  :        .00   PERMO:         .00   1671
CRED:392733    CLAIM:0011  FILED:                                   PDUE:          .00

ECAST SETTLEMENT CORP      SCHD :   4,627.00   INT %:         .00   UNSECURED
P O BOX 35480              VALUE:        .00   INTPD:         .00   U40
NEWARK NJ                  CLAIM:   4,627.30   INTDU:         .00
                           TOTPD:        .00   CRED%:         .00   0010/CITIBANK
              07193-5480   BAL  :        .00   PERMO:         .00   5424 1801 2670
CRED:120087    CLAIM:0012  FILED:Mar 23, 2004                       PDUE:          .00
```

C L A I M   R E C O R D S

```
CHRYSLER FINANCIAL        SCHD :    4,733.00   INT %:         .00   UNSECURED
C/O JOHN HOLLOWAY JR      VALUE:         .00   INTPD:         .00   U40
P O BOX 4953              CLAIM:         .00   INTDU:         .00
MONTGOMERY AL             TOTPD:         .00   CRED%:         .00   REPO
          36103           BAL  :         .00   PERMO:         .00   4303
CRED:187950   CLAIM:0013  FILED:                              PDUE:         .00

DISCOVER FINANCIAL SERV C SCHD :    7,490.00   INT %:         .00   UNSECURED
P O BOX 3025              VALUE:         .00   INTPD:         .00   U40
NEW ALBANY OH             CLAIM:    6,443.86   INTDU:         .00
                          TOTPD:         .00   CRED%:         .00   0006 COLLECTIO
          43054           BAL  :         .00   PERMO:         .00   6011 0045 0053
CRED:027458   CLAIM:0014  FILED:Feb 17, 2004                  PDUE:         .00

EAST ALABAMA MEDICAL CENT SCHD :    7,454.00   INT %:         .00   UNSECURED
1286 CARMICHAEL WAY       VALUE:         .00   INTPD:         .00   U40
P O BOX 230609            CLAIM:         .00   INTDU:         .00
MONTGOMERY AL             TOTPD:         .00   CRED%:         .00   COLLECTION
          36123           BAL  :         .00   PERMO:         .00   0162
CRED:107945   CLAIM:0015  FILED:                              PDUE:         .00

HMW LLC                   SCHD :   12,324.00   INT %:         .00   UNSECURED
C/O WORLDWIDE ASSET MANAG VALUE:         .00   INTPD:         .00   U40
P O BOX 105691            CLAIM:    9,426.62   INTDU:         .00
ATLANTA GA                TOTPD:         .00   CRED%:         .00   0012/DMCCB
          30348           BAL  :         .00   PERMO:         .00   5458 0000 0354
CRED:308241   CLAIM:0016  FILED:Apr 23, 2004                  PDUE:         .00

ECAST SETTLEMENT CORP     SCHD :      532.00   INT %:         .00   UNSECURED
P O BOX 35480             VALUE:         .00   INTPD:         .00   U40
NEWARK NJ                 CLAIM:      463.66   INTDU:         .00
                          TOTPD:         .00   CRED%:         .00   0008/J C PENNE
        07193-5480        BAL  :         .00   PERMO:         .00   ************923
CRED:120087   CLAIM:0017  FILED:Mar 18, 2004                  PDUE:         .00

ECAST SETTLEMENT CORP     SCHD :    2,099.00   INT %:         .00   UNSECURED
P O BOX 35480             VALUE:         .00   INTPD:         .00   U40
NEWARK NJ                 CLAIM:    2,138.51   INTDU:         .00
                          TOTPD:         .00   CRED%:         .00   0009/CR CARD
        07193-5480        BAL  :         .00   PERMO:         .00   ************00
CRED:120087   CLAIM:0018  FILED:Mar 19, 2004                  PDUE:         .00
```

C L A I M   R E C O R D S

```
SHERMAN ACQUISITION LLC   SCHD :    2,908.00   INT %:        .00   UNSECURED
C/O RESURGENT CAPITAL SER VALUE:         .00   INTPD:        .00   U40
P O BOX 10587             CLAIM:    2,863.24   INTDU:        .00
GREENVILLE SC             TOTPD:         .00   CRED%:        .00   0003/CR CARD
             29603-0587   BAL  :         .00   PERMO:        .00   5121 0717 7844
CRED:475017    CLAIM:0019 FILED:Feb 06, 2004                PDUE:        .00

WALMART                   SCHD :      736.00   INT %:        .00   UNSECURED
P O BOX 103027            VALUE:         .00   INTPD:        .00   U40
ROSWELL GA                CLAIM:         .00   INTDU:        .00
                          TOTPD:         .00   CRED%:        .00   CR CARD
                  30076   BAL  :         .00   PERMO:        .00   0500
CRED:041330    CLAIM:0020 FILED:                            PDUE:        .00

WELLS FARGO FINANCIAL     SCHD :      693.00   INT %:        .00   UNSECURED
4137 121ST ST             VALUE:         .00   INTPD:        .00   U40
URBANDALE IA              CLAIM:      768.59   INTDU:        .00
                          TOTPD:         .00   CRED%:        .00   0002/LOAN
                  50323   BAL  :         .00   PERMO:        .00   78506998
CRED:094583    CLAIM:0021 FILED:Feb 03, 2004                PDUE:        .00

US ATTORNEY               SCHD :         .00   INT %:        .00   UNSECURED
MIDDLE DISTRICT OF ALABAM VALUE:         .00   INTPD:        .00   U40
P O BOX 197               CLAIM:         .00   INTDU:        .00
MONTGOMERY AL             TOTPD:         .00   CRED%:        .00   NOTICES
             36101-0197   BAL  :         .00   PERMO:        .00
CRED:163471    CLAIM:0022 FILED:                            PDUE:        .00

SEARS                     SCHD :         .00   INT %:        .00   UNSECURED
133200 SMITH RD           VALUE:         .00   INTPD:        .00   U40
CLEVELAND OH              CLAIM:         .00   INTDU:        .00
                          TOTPD:         .00   CRED%:        .00   NOTICE
                  44130   BAL  :         .00   PERMO:        .00
CRED:010153    CLAIM:0023 FILED:                            PDUE:        .00

WELLS FARGO               SCHD :         .00   INT %:        .00   UNSECURED
2352 PEPPERELL PKY        VALUE:         .00   INTPD:        .00   U40
OPELIKA AL                CLAIM:         .00   INTDU:        .00
                          TOTPD:         .00   CRED%:        .00   NOTICE
                  36801   BAL  :         .00   PERMO:        .00
CRED:509205    CLAIM:0024 FILED:                            PDUE:        .00
```

```
C L A I M    R E C O R D S
```

```
GREEN TREE AL LLC           SCHD :          .00   INT %:        .00   ARREARS
PAYMENT PROCESSING          VALUE:          .00   INTPD:        .00   L25
P O BOX 0049                CLAIM:          .00   INTDU:        .00
PALATINE IL                 TOTPD:          .00   CRED%:     100.00   0001/ARRS
            60055-0049      BAL  :          .00   PERMO:        .00   22336671
CRED:196269    CLAIM:0025   FILED:Jan 30, 2004                  PDUE:         .00
```

```
CB & T                      SCHD :          .00   INT %:        .00   UNSECURED
P O BOX 723896              VALUE:          .00   INTPD:        .00   U40
ATLANTA GA                  CLAIM:          .00   INTDU:        .00
                            TOTPD:          .00   CRED%:        .00   NOTICE
            31139           BAL  :          .00   PERMO:        .00   8869
CRED:159204    CLAIM:0026   FILED:                              PDUE:         .00
```

```
BANK ONE CR CARD SVCS       SCHD :          .00   INT %:        .00   UNSECURED
C/O VALENTINE & KEBARTAS    VALUE:          .00   INTPD:        .00   U40
P O BOX 325                 CLAIM:          .00   INTDU:        .00
LAWRENCE MA                 TOTPD:          .00   CRED%:        .00   NOTICE
            01842-0625      BAL  :          .00   PERMO:        .00   5920
CRED:478558    CLAIM:0027   FILED:                              PDUE:         .00
```

```
GREEN TREE AL LLC           SCHD :          .00   INT %:        .00   SECURED
PAYMENT PROCESSING          VALUE:          .00   INTPD:        .00   S21 O
P O BOX 0049                CLAIM:    38,766.94   INTDU:        .00
PALATINE IL                 TOTPD:          .00   CRED%:     100.00   0007
            60055-0049      BAL  :          .00   PERMO:        .00   22326113
CRED:196269    CLAIM:0028   FILED:Mar 09, 2004                  PDUE:         .00
```

```
DISCOVER                    SCHD :          .00   INT %:        .00   UNSECURED
C/O ALLEN RAMSEY            VALUE:          .00   INTPD:        .00   U40
P O BOX 100247              CLAIM:          .00   INTDU:        .00
IRONDALE AL                 TOTPD:          .00   CRED%:        .00   NOTICES
            35210           BAL  :          .00   PERMO:        .00
CRED:161017    CLAIM:0029   FILED:                              PDUE:         .00
```

```
JC PENNEY                   SCHD :          .00   INT %:        .00   UNSECURED
P O BOX 981131              VALUE:          .00   INTPD:        .00   U40
EL PASO TX                  CLAIM:          .00   INTDU:        .00
                            TOTPD:          .00   CRED%:        .00   NOTICE
            79998           BAL  :          .00   PERMO:        .00
CRED:224699    CLAIM:0030   FILED:                              PDUE:         .00
```

C L A I M   R E C O R D S

```
MBNA AMERICA              SCHD :         .00    INT %:         .00   UNSECURED
P O BOX 15026             VALUE:         .00    INTPD:         .00   U40
WILMINGTON DE             CLAIM:         .00    INTDU:         .00
                          TOTPD:         .00    CRED%:         .00   NOTICE
              19850       BAL  :         .00    PERMO:         .00
CRED:144679   CLAIM:0031  FILED:                                     PDUE:         .00

CITIBANK                  SCHD :         .00    INT %:         .00   UNSECURED
C/O BEN ZARZAUR           VALUE:         .00    INTPD:         .00   U40
P O BOX 11366             CLAIM:         .00    INTDU:         .00
BIRMINGHAM AL             TOTPD:         .00    CRED%:         .00   NOTICE
              35202       BAL  :         .00    PERMO:         .00
CRED:525431   CLAIM:0032  FILED:                                     PDUE:         .00

AMSOUTH BANK              SCHD :         .00    INT %:         .00   UNSECURED
P O BOX 11407 DRAWER 550  VALUE:         .00    INTPD:         .00   U40
BIRMINGHAM AL             CLAIM:         .00    INTDU:         .00
                          TOTPD:         .00    CRED%:         .00   NOTICE
              35246       BAL  :         .00    PERMO:         .00
CRED:000314   CLAIM:0033  FILED:                                     PDUE:         .00

LDG FINANCIAL SVCS LLC    SCHD :         .00    INT %:         .00   UNSECURED
4553 WINTERS CHAPEL RD ST VALUE:         .00    INTPD:         .00   U40
ATLANTA GA                CLAIM:         .00    INTDU:         .00
                          TOTPD:         .00    CRED%:         .00   NOTICE
              30360       BAL  :         .00    PERMO:         .00
CRED:129531   CLAIM:0034  FILED:                                     PDUE:         .00

BULLOCK COUNTY HOSPITAL   SCHD :         .00    INT %:         .00   UNSECURED
C/O CHAMBLESS & MATH      VALUE:         .00    INTPD:         .00   U40
P O BOX 230759            CLAIM:      157.49    INTDU:         .00
MONTGOMERY AL             TOTPD:         .00    CRED%:         .00   0013/MEDICAL 1
              36123       BAL  :         .00    PERMO:         .00   283393
CRED:185464   CLAIM:0035  FILED:May 07, 2004                         PDUE:         .00

AMSOUTH BANK              SCHD :         .00    INT %:         .00   UNSECURED
P O BOX 11407  DRAWER 550 VALUE:         .00    INTPD:         .00   U40
BIRMINGHAM AL             CLAIM:    8,477.97    INTDU:         .00
                          TOTPD:         .00    CRED%:         .00   Split 0011/99
              35246       BAL  :         .00    PERMO:         .00   001-725-900197
CRED:498333   CLAIM:2001  FILED:Apr 14, 2004                         PDUE:         .00
```

# C L A I M    R E C O R D S

| | | | | |
|---|---|---|---|---|
| TOTAL PRIORITY | SCHEDULED      : | 3,000.00 | INTEREST PAID   : | .00 |
| | VALUE          : | 3,000.00 | INTEREST DUE    : | .00 |
| | CLAIM AMOUNT   : | .00 | MONTHLY PAYEMNT: | 66.08 |
| | PRINCIPAL PAID: | .00 | PRINCIPAL DUE   : | .00 |
| | BALANCE        : | .00 | | |
| TOTAL SECURED | SCHEDULED      : | 124,000.00 | INTEREST PAID   : | 4,343.55 |
| | VALUE          : | 101,150.00 | INTEREST DUE    : | .00 |
| | CLAIM AMOUNT   : | 119,725.58 | MONTHLY PAYMENT: | 1,340.57 |
| | PRINCIPAL PAID: | 16,150.00 | PRINCIPAL DUE   : | .00 |
| | BALANCE        : | .00 | | |
| TOTAL UNSECURED | SCHEDULED:     : | 51,889.00 | INTEREST PAID   : | .00 |
| | VALUE          : | .00 | INTEREST DUE    : | .00 |
| | CLAIM AMOUNT   : | 41,964.17 | MONTHLY PAYMENT: | .00 |
| | PRINCIPAL PAID: | .00 | PRINCIPAL DUE   : | .00 |
| | BALANCE        : | .00 | | |
| TOTAL OTHER | SCHEDULED      : | .00 | INTEREST PAID   : | .00 |
| | VALUE          : | .00 | INTEREST DUE    : | .00 |
| | CLAIM AMOUNT   : | .00 | MONTHLY PAYMENT: | .00 |
| | PRINCIPAL PAID: | .00 | PRINCIPAL DUE   : | .00 |
| | BALANCE        : | .00 | | |